**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Keisha Marie Harmon v. The State of Texas

Appellate case number:   01-12-00457-CR

Trial court case number:  1008764

Trial court:             252nd District Court of Jefferson County

      Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous and a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).

      The motion to withdraw as counsel is **ordered taken with the case**.

      It is so ORDERED.


Judge's signature: /s/ Justice Bland
               ☒ Acting individually    ☐ Acting for the Court


Date: September 12, 2012


      It is so ORDERED.